2.



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 13 Proceedings |
| Dan L. Skinner, ) | |
| Debtor(s). ) | Case No. 2:08-bk-08656-RTB |
| CITIMORTGAGE, INC., its successors and ) or assigns, ) Movant, ) | **(GEORGE B. NIELSEN)** |
| Dan L. Skinner, Debtor; and Russell ) Brown, Chapter 13 Trustee, ) Respondent(s). ) | ORDER OF RECUSAL (CITIMORTGAGE, INC.) |

Before the court is the Motion For Relief From the Automatic Stay filed by CITIMORTGAGE, INC. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this 17 day of April, 2009.

Honorable Redfield T. Baum
Chief, United States Bankruptcy Judge

04/20/2009

Copy of the foregoing
mailed this 17 day of
April, 2009 to:

Marty B. Baker
Macie J. Hawkes
ROUTH CASTLE COOPER OLEN, LLC
2260 North 19th Avenue, Suite 201
Phoenix, Arizona 85027

Dan L. Skinner
7911 West Melinda Lane
Peoria, Arizona 85382

Michael J. Fatta
LAW OFFICE OF MICHAEL J. FATTA, PLLC
18001 North 79th Avenue, Suite B-40
Glendale, Arizona 85308

Russell Brown
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965

by _____
   Judicial Assistant

04/20/2009